**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 12-cr-4553-MMA |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AND JUDGMENT TO DISMISS** |
| v. ) | **WITHOUT PREJUDICE** |
| ) | |
| JESUS CUETO-GARCIA, ) | [Doc. No. 87] |
| ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

**IT IS HEREBY ORDERED** that the Information in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: January 7, 2013

Hon. Michael M. Anello
United States District Judge